IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PAMELA HANKINS,<br>AS EXECUTOR OF THE ESTATE<br>OF BETTY SCHEIVELHUD AND<br>PAMELA HANKINS,<br>INDIVIDUALLY,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL HEALTHCARE<br>CENTER OF FORT OGLETHORPE,<br>L.P., NATIONAL HEALTHCARE<br>CORPORATION (DELAWARE),<br>NHC/OP, L.P., AND<br>NHC/DELAWARE, INC.,<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO. 4:16-cv-00112-HLM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through counsel, and jointly agree to enter into this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1), dismissing Defendants National Healthcare Center of Fort Oglethorpe, L.P., National Healthcare Corporation (Delaware), NHC/OP, L.P., and NHC/Delaware, Inc.

WHEREFORE, PREMISES CONSIDERED, all parties hereby agree to this Stipulation of Dismissal with Prejudice, the Plaintiff therefore dismisses Defendants National Healthcare Center of Fort Oglethorpe, L.P., National Healthcare Corporation (Delaware), NHC/OP, L.P., and NHC/Delaware, Inc.

Respectfully submitted this 13th day of July, 2016.

                WATKINS, LOURIE, ROLL & CHANCE, PC

                BY  /s/ Joseph W. Watkins
                     JOSEPH W. WATKINS
                     Georgia Bar No. 740525
                     jww@wlr.net
                     LANCE D. LOURIE
                     Georgia Bar No. 458520
                     ldl@wlr.net
                     SUZANNE T. FINK
                     Georgia Bar No. 716244
                     sf@wlr.net

Tower Place 200, Suite 1050
3348 Peachtree Road, N.E.
Atlanta, Georgia  30326
(404) 760-7400

                PARKER & LUNDY

                BY  /s/ William L. Lundy, Jr.
                     WILLIAM L. LUNDY, JR.
                     Georgia Bar No. 461185
                     parklun@aol.com

212 Main Street
Post Office Box 1018
Cedartown, Georgia 30125
(770) 748-5643

ATTORNEYS FOR PLAINTIFFS

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

BY  /s/ Sharel V. Hooper
    SHAREL V. HOOPER
    Georgia Bar No. 725130
    svf@smrw.com
    DANIEL M. STEFANIUK
    Georgia Bar No. 501915
    dms@smrw.com

801 Broad Street, 6th Floor
PO Box 1749
Chattanooga, TN  37401-1749
(423) 756-7000

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certified that this Notice was prepared in Times New Roman 14 point font as provided in LR 5.1(B).

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys:

| | |
|---|---|
| William L. Lundy, Jr., Esq.<br>Attorney for Plaintiffs<br>Parker and Lundy<br>Post Office Box 1018<br>Cedartown, Georgia   30125-1018 | Sharel V. Hooper, Esq.<br>Daniel M. Stefaniuk, Esq.<br>Attorneys for Defendants<br>Spears, Moore, Rebman<br>   & Williams, P.C.<br>801 Broad Street, 6th Floor<br>PO Box 1749<br>Chattanooga, TN   37401-1749 |

This 13th day of July, 2016.

WATKINS, LOURIE, ROLL & CHANCE, PC

BY   /s/ Joseph W. Watkins
Joseph W. Watkins
Georgia Bar No. 740525
jww@wlr.net

Tower Place 200, Suite 1050
3348 Peachtree Road, NE
Atlanta, GA   30326
(404) 760-7400